**Richard J. HARLEY, Petitioner–Appellant,**

v.

**Robert P. SHEARIN, Respondent–Appellee.**

No. 03–6809.

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2003.

Decided July 17, 2003.

Richard J. Harley, Appellant Pro Se.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard J. Harley, a federal prisoner, appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000), and his motions for release and to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Harley v. Shearin,* No. CA–03–711–CCB (D. Md. filed Mar. 26, 2003, entered Mar. 27, 2003; filed Apr. 4, 2003, entered Apr. 7, 2003; filed Apr. 24, 2003, entered Apr. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*